IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORINE TERMONIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-294 SLR |
| | ) |
| BRANDYWINE SCHOOL DISTRICT, | ) |
| | ) |
| Defendant. | ) |

ENTRY OF APPEARANCE

PLEASE ENTER the appearance of the undersigned counsel as attorneys for Defendant Brandywine School District.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Barry M. Willoughby

Barry M. Willoughby, Esquire (I.D. No. 1016)
Monté T. Squire, Esquire (I.D. No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666; (302) 571-6713
Facsimile: (302) 576-3345; (302) 576-3515
Email: bwilloughby@ycst.com; msquire@ycst.com
Attorney for Defendant,
Brandywine School District

Dated: May 30, 2006

CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2006, I electronically filed a true and correct copy of the foregoing Entry of Appearance with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Gary W. Aber, Esquire
>Aber, Goldlust, Baker & Over
>First Federal Plaza, Suite #600
>P.O. Box 1675
>Wilmington, DE 19899

I further certify that on May 30, 2006, I caused a copy of the foregoing Entry of Appearance to be served by hand-delivery on the following counsel of record:

>Gary W. Aber, Esquire
>Aber, Goldlust, Baker & Over
>First Federal Plaza, Suite #600
>P.O. Box 1675
>Wilmington, DE 19899

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_/s/ Barry M. Willoughby_
>Barry M. Willoughby, Esquire (I.D. No. 1016)
>Monté T. Squire, Esquire (I.D. No. 4764)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899-0391
>Telephone: (302) 571-6666; (302) 571-6713
>Facsimile: (302) 576-3345; (302) 576-3515
>Email: bwilloughby@ycst.com; msquire@ycst.com
>Attorney for Defendant,
>Brandywine School District

Dated: May 30, 2006