IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORINE TERMONIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-294 SLR |
| | ) |
| BRANDYWINE SCHOOL DISTRICT, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION

The parties, by and through the undersigned counsel, hereby stipulate and agree that time for the filing of Defendant's Answer to the Complaint is hereby extended to and including June 23, 2006.

ABER, GOLDLUST, BAKER & OVER

/s/ Gary Aber

---
Gary Aber, Esquire (ID 754)
First Federal Plaza, Suite 600
P.O. Box 1675
Wilmington, DE 19899
Telephone: (302) 472-4900
Facsimile: (302) 472-4920
Email: gaber@gablawde.com
Attorney for Plaintiff,
Corine Termonia

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/

---
Barry M. Willoughby, Esquire (ID 1016)
Monté Squire (ID 4764)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666; (302) 571-6713
Facsimile: (302) 576-3345; (302) 576-3515
Email: bwilloughby@ycst.com; msquire@ycst.com
Attorney for Defendant,
Brandywine School District

So ordered this _____ day of _____, 2006.

---
The Honorable Sue L. Robinson