IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORINE TERMONIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-294-SLR |
| | ) | |
| BRANDYWINE SCHOOL DISTRICT, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that Monté T. Squire of Young Conaway Stargatt & Taylor, LLP, caused to be served, on behalf of Defendant Brandywine School District, copies of Defendant's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a) and D. Del. LR 16.2 on October 31, 2006, upon the following counsel of record as indicated:

### BY HAND DELIVERY AND U.S. MAIL

Gary W. Aber, Esquire
ABER, GOLDLUST, BAKER & OVER
702 King Street
P.O. Box 1675
Wilmington, DE 19899

PLEASE TAKE FURTHER NOTICE that on October 31, 2006, this Notice of Service was electronically filed using CM/ECF with the Clerk of the Court who will send notification that such filing is available for viewing and downloading to the above-named counsel of record.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Barry M. Willoughby, Esquire (No. 1016)
Monté T. Squire, Esquire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666
Facsimile: (302) 576-3345
bwilloughby@ycst.com
msquire@ycst.com

*Attorneys for Defendant*

Dated: October 31, 2006