IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORINE TERMONIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-294-SLR |
| ) | |
| BRANDYWINE ) | |
| SCHOOL DISTRICT, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

I Monté T. Squire hereby certify that on November 21, 2006, I caused two (2) copies of **Defendant's First Set of Interrogatories Directed to Plaintiff** and **Defendant's First Request for Production of Documents Directed to Plaintiff** to be served upon the following counsel of record:

**VIA HAND DELIVERY**
Gary W. Aber, Esquire
ABER, GOLDLUST, BAKER & OVER
702 King Street
P.O. Box 1675
Wilmington, DE 19899

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ 

Barry M. Willoughby, Esquire (Bar I.D. 1016)
Monté T. Squire, Esquire (Bar I.D. 4764)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
Telephone: (302) 571-6666; (302) 571-6713
Facsimile: (302) 576-3345; (302) 576-3515
bwilloughby@ycst.com; msquire@ycst.com
*Attorneys for Defendant Brandywine School District*

Dated: November 21, 2006