IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORINE TERMONIA, | : |
|         Plaintiff, | : |
| v. | :   Civil Action No. 06-294-SLR |
| BRANDYWINE SCHOOL DISTRICT, | : |
|         Defendant. | : |

## **ORDER**

At Wilmington this **23rd** day of **February, 2007**,

IT IS ORDERED that the mediation conference scheduled for Monday, September 10, 2007 at 10:00 a.m. will begin at **11:00 a.m.** All other provisions of the Court's December 8, 2006 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                      /s/ Mary Pat Thynge
                                      UNITED STATES MAGISTRATE JUDGE