IN THE UNITED STATES DISCTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORINE TERMONIA, | ) |
| | ) |
|     Plaintiff, | ) |
| | )   C.A. No.: 06-294(SLR) |
| v. | ) |
| | ) |
| BRANDYWINE SCHOOL DISTRICT, | )   TRIAL BY JURY DEMANDED |
| | ) |
| | ) |
|     Defendant. | ) |

## NOTICE OF SERVICE

TO:   Barry M. Willoughby, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

PLEASE TAKE NOTICE, that Plaintiff's First Set of Interrogatories, and Plaintiff's First Request for Production of Documents Directed to Defendant were hand delivered to the following on June 28, 2007:

Barry M. Willoughby, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

ABER, GOLDLUST, BAKER & OVER

/s/ Gary W. Aber
GARY W. ABER (DSB #754)
First Federal Plaza, Suite 600
702 King Street, P.O. Box 1675
Wilmington, DE  19899
302-472-4900
DATED: June 28, 2007     Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the attached pleading was electronically filed via Pacer on June 28, 2007.

                                          /s/ Melissa A. Chionchio
                                 Melissa A. Chionchio
                                 Secretary to Gary W. Aber, Esquire