IN THE UNITED STATES DISCTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORINE TERMONIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.: 06-294(SLR) |
| v. | ) | |
| | ) | |
| BRANDYWINE SCHOOL DISTRICT, | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

TO:  Barry M. Willoughby, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

PLEASE TAKE NOTICE, that Plaintiff's First Request for Admissions and Plaintiff's Second Set of Interrogatories Directed to Defendant were hand delivered to the following on July 18, 2007:

Barry M. Willoughby, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

                                                ABER, GOLDLUST, BAKER & OVER

                                                 /s/ Gary W. Aber
                                                GARY W. ABER (DSB #754)
                                                First Federal Plaza, Suite 600
                                                702 King Street, P.O. Box 1675
                                                Wilmington, DE  19899
                                                302-472-4900
DATED: July 18, 2007                        Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the attached pleading was electronically filed via Pacer on July 18, 2007.

                                               /s/ Melissa A. Chionchio
                                              Melissa A. Chionchio
                                              Secretary to Gary W. Aber, Esquire