IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORINE TERMONIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.: 06-294 (SLR) |
| v. | ) | |
| | ) | |
| BRANDYWINE SCHOOL DISTRICT, | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATED REVISED SCHEDULING ORDER**

IT IS HEREBY STIPULATED, by and between the parties in the above-captioned matter, subject to the approval of the Court that the Scheduling Order in the above-captioned will be reset as follows:

| | |
|---|---|
| Plaintiff's Experts Due | September 30, 2007 |
| Defendant's Experts Due | October 31, 2007 |
| Discovery Cut Off | December 31, 2007 |
| Dispositive Motions | January 30, 2008 |
| Pretrial Conference | To be determined by the Court |
| Trial | To be determined by the Court |

Counsel for both parties certify that they have consulted with their respective clients about this request.

| ABER, GOLDLUST, BAKER & OVER | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Gary W. Aber | /s/ Barry M. Willoughby |
| Gary W. Aber, Esquire (I.D. No. 0754) | Barry M. Willoughby, Esquire (I.D. No. 1016) |
| 702 King Street, Suite 600 | The Brandywine Building, 17th Floor |
| P.O. Box 1675 | 1000 West Street, P.O. Box 391 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| Telephone: (302) 472-4900 | Telephone: (302) 571-6666 |
| Facsimile: (302) (302) 472-4920 | Facsimile: (302) 576-3345 |
| E-mail: gaber@gablawde.com | E-mail: bwilloughby@ycst.com |
| Attorney for Plaintiff | Attorneys for Defendant |

SO ORDERED, this _____ day of _____, 2007

_____
The Honorable Sue L. Robinson