IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORINE TERMONIA, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-294-SLR |
| BRANDYWINE SCHOOL DISTRICT, | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **4th** day of **September, 2007**,

IT IS ORDERED that the mediation conference scheduled for Monday, September 10, 2007 at 10:00 a.m. is cancelled pursuant to the joint request of counsel. Instead, a teleconference on that date will begin at **11:00 a.m.** to be initiated by counsel for defendant, Barry M. Willoughby.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE