IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORINE TERMONIA, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-294-SLR |
| BRANDYWINE SCHOOL DISTRICT, | : |
| Defendant. | : |

### ORDER

At Wilmington this **12th** day of **September, 2007,**

IT IS ORDERED that the mediation conference has been rescheduled for **Friday, January 4, 2008** to begin **10:00 a.m.** The parties' mediation submissions are due on **Friday, December 21, 2007**. All other provisions of the Court's December 8, 2006 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE