IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORINE TERMONIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.: 06-294 (SLR) |
| v. | ) | |
| | ) | |
| BRANDYWINE SCHOOL DISTRICT, | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

I, Barry M. Willoughby, Esquire, hereby certify that on September 17, 2007, I caused a copy of Defendant's Answers to Plaintiff's First Set of Interrogatories, Defendant's Responses to Plaintiff's First Request for Production of Documents, and Defendant's Answers to Plaintiff's Second Set of Interrogatories to be served upon the following counsel of record:

**VIA HAND DELIVERY**
Gary W. Aber, Esquire
Aber Goldlust, Baker & Over
702 King Street, Suite 600
Wilmington, DE 19899

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/Barry M.Willoughby
Barry M. Willoughby, Esquire (No. 1016)
Monté T. Squire, Esquire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666; (302) 571-6713
Facsimile: (302) 576-3345; (302) 576-3515
Email: bwilloughby@ycst.com; msquire@ycst.com
Attorneys for Defendant

Dated: September 17, 2007