IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORINE TERMONIA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 06-294-SLR |
| : | |
| BRANDYWINE SCHOOL DISTRICT, : | |
| : | |
| Defendant. : | |

## ORDER

At Wilmington this **14th** day of **December, 2007**,

IT IS ORDERED that the mediation conference scheduled for Friday, January 4, 2008 beginning at 10:00 a.m. is canceled. A teleconference has been scheduled for **January 4, 2008 at 10:00 a.m.** with Judge Thynge to discuss rescheduling the mediation. **Barry M. Willoughby, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE