## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORINE TERMONIA, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-294-SLR |
| BRANDYWINE SCHOOL DISTRICT, | : |
| Defendant. | : |

### ORDER

At Wilmington this **7th** day of **January, 2008**,

IT IS ORDERED that the mediation conference has been rescheduled for **Tuesday, October 7, 2008 beginning at 10:00 a.m.** Submissions of the parties shall now be due on or before **Friday, September 26, 2008.** All other provisions of the Court's December 8, 2006 Order remain in full force and effect.

IT IS FURTHER ORDERED that a teleconference has been scheduled for **Tuesday, September 16, 2008 at 5:15 p.m.** with Judge Thynge to discuss the mediation. **Barry M. Willoughby, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE