IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORINE TERMONIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.: 06-294 (SLR) |
| v. | ) | |
| | ) | |
| BRANDYWINE SCHOOL DISTRICT, | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED REVISED SCHEDULING ORDER

IT IS HEREBY STIPULATED, by and between the parties in the above-captioned matter, subject to the approval of the Court that the Scheduling Order in the above-captioned will be reset as follows:

| | |
|---|---|
| Plaintiff's Experts Due | January 30, 2008 |
| Defendant's Experts Due | March 15, 2008 |
| Discovery Cut Off | March 31, 2008 |
| Dispositive Motions | April 30, 2008 |
| Pretrial Conference | To be determined by the Court |
| Trial | To be determined by the Court |

ABER, GOLDLUST, BAKER & OVER    YOUNG, CONAWAY STARGATT & TAYLOR


*/s/ Gary W. Aber*
Gary W. Aber (I.D. 754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE  19899
(302) 472-4900; 472-4920
gaber@gablawde.com
Attorney for Plaintiff

*/s/ Barry M. Willoughby*
Barry M. Willoughby (I.D. 1016)
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899
(302) 571-6666; 576-3345
bwilloughby@ycst.com
Attorney for Defendant


SO ORDERED, this _____ day of _____, 2008.



_____
The Honorable Sue L. Robinson