IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORINE TERMONIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.: 06-294 (SLR) |
| v. | ) | |
| | ) | |
| BRANDYWINE SCHOOL DISTRICT, | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| Defendant. | ) | |

STIPULATION AND ORDER

The parties, by and through the undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiff hereby withdraws, with prejudice, any and all claims for emotional distress or mental suffering of any kind or nature, arising out of or related to claims asserted in her complaint, including without limitation, any claim for "run of the mill" or "garden variety" emotional distress.

2. All other claims and defenses in the action are preserved.

ABER, GOLDLUST, BAKER & OVER        YOUNG, CONAWAY STARGATT & TAYLOR

/s/ Gary W. Aber                    /s/ Barry M. Willoughby
Gary W. Aber (I.D. 754)             Barry M. Willoughby (I.D. 1016)
702 King Street, Suite 600          1000 West Street, 17th Floor
P.O. Box 1675                       P.O. Box 391
Wilmington, DE  19899               Wilmington, DE  19899
(302) 472-4900; 472-4920            (302) 571-6666; 576-3345
gaber@gablawde.com                  bwilloughby@ycst.com
Attorney for Plaintiff              Attorney for Defendant

SO ORDERED, this _____ day of _____, 2008.

_____
The Honorable Sue L. Robinson