IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORINE TERMONIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.: 06-294 (SLR) |
| | ) |
| BRANDYWINE SCHOOL DISTRICT, | ) |
| | ) |
| Defendant. | ) |

### STIPULATION AND PROPOSED ORDER

The parties, by and through the undersigned counsel, and subject to the approval of the Court, here by stipulate and agree that the Scheduling Order in this matter is amended as follows:

| | |
|---|---|
| Discovery Cut Off Date | July 1, 2008 |
| Dispositive Motions Date | August 1, 2008 |

ABER, GOLDLUST, BAKER
& OVER

/s/ *Gary W. Aber*
Gary W. Aber (ID No. 754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899
(302) 472-4900; (302) 472-4920
gaber@gablawde.com
Attorney for Plaintiff

YOUNG CONAWAY, STARGATT &
TAYLOR, LLP

/s/ *Barry M.Willoughby*
Barry M. Willoughby (ID No. 1016)
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(302) 571-6666; (302) 576-3345
bwilloughby@ycst.com
Attorney for Defendant

SO ORDERED this _____ day of _____, 2008.

_____
The Honorable Sue L. Robinson

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | | |
|---|---|---|---|---|
| BEN T. CASTLE | ROBERT S. BRADY | | JOSEPH M. BARRY | JENNIFER M. KINKUS |
| SHELDON N. SANDLER | JOEL A. WAITE | THE BRANDYWINE BUILDING | RYAN M. BARTLEY | EDWARD J. KOSMOWSKI |
| RICHARD A. LEVINE | BRENT C. SHAFFER | 1000 WEST STREET, 17TH FLOOR | SEAN M. BEACH | EVANGELOS KOSTOULAS |
| RICHARD A. ZAPPA | DANIEL P. JOHNSON | WILMINGTON, DELAWARE  19801 | SANJAY BHATNAGAR | JOHN C. KUFFEL |
| FREDERICK W. IOBST | CRAIG D. GREAR | | DONALD J. BOWMAN, JR. | TIMOTHY E. LENGKEEK |
| RICHARD H. MORSE | TIMOTHY JAY HOUSEAL | P.O. BOX 391 | MICHELE SHERRETTA BUDICAK | ANDREW A. LUNDGREN |
| DAVID C. MCBRIDE | MARTIN S. LESSNER | WILMINGTON, DELAWARE  19899-0391 | JEFFREY T. CASTELLANO | MATTHEW B. LUNN |
| JOSEPH M. NICHOLSON | PAULINE K. MORGAN | | DOUGLAS T. COATS (MD ONLY) | ADRIA B. MARTINELLI |
| CRAIG A. KARSNITZ | C. BARR FLINN | (302) 571-6600 | KARA HAMMOND COYLE | KATHALEEN MCCORMICK |
| BARRY M. WILLOUGHBY | NATALIE WOLF | (800) 253-2234 (DE ONLY) | KRISTEN SALVATORE DEPALMA | MICHAEL W. MCDERMOTT |
| JOSY W. INGERSOLL | LISA B. GOODMAN | FAX: (302) 571-1253 | MARGARET M. DIBIANCA | TAMMY L. MERCER |
| ANTHONY G. FLYNN | JOHN W. SHAW | | MARY F. DUGAN | MARIBETH L. MINELLA |
| JEROME K. GROSSMAN | JAMES P. HUGHES, JR. | | ERIN EDWARDS | D. FON MUTTAMARA-WALKER |
| EUGENE A. DIPRINZIO | EDWIN J. HARRON | | KENNETH J. ENOS | JENNIFER R. NOEL |
| JAMES L. PATTON, JR. | MICHAEL R. NESTOR | 110 WEST PINE STREET | KERRIANNE MARIE FAY | ADAM W. POFF |
| ROBERT L. THOMAS | MAUREEN D. LUKE | P.O. BOX 594 | IAN S. FREDERICKS | ROBERT F. POPPITI, JR. |
| WILLIAM D. JOHNSTON | ROLIN P. BISSELL | GEORGETOWN, DELAWARE  19947 | JAMES J. GALLAGHER | SARA BETH A. REYBURN |
| TIMOTHY J. SNYDER | SCOTT A. HOLT | (302) 856-3571 | WILLIAM E. GAMGORT | CHERYL A. SANTANIELLO |
| BRUCE L. SILVERSTEIN | JOHN T. DORSEY | (800) 255-2234 (DE ONLY) | SEAN T. GREECHER | MONTÉ T. SQUIRE |
| WILLIAM W. BOWSER | M. BLAKE CLEARY | FAX: (302) 856-9338 | NATHAN D. GROW | MICHAEL P. STAFFORD |
| LARRY J. TARABICOS | CHRISTIAN DOUGLAS WRIGHT | | STEPHANIE L. HANSEN | CHAD S.C. STOVER |
| RICHARD A. DILIBERTO, JR. | DANIELLE GIBBS | WWW.YOUNGCONAWAY.COM | JAMES L. HIGGINS | RICHARD J. THOMAS |
| MELANIE K. SHARP | JOHN J. PASCHETTO | | PATRICK A. JACKSON | TRAVIS N. TURNER |
| CASSANDRA F. ROBERTS | NORMAN M. POWELL | | DAWN M. JONES | MARGARET B. WHITEMAN |
| RICHARD J.A. POPPER | ELENA C. NORMAN | DIRECT DIAL:  (302) 571-6666 | KAREN E. KELLER | SHARON M. ZIEG |
| TERESA A. CHEEK | EDMON L. MORTON | DIRECT FAX:   (302) 576-3345 | | |
| NEILLI MULLEN WALSH | JOHN E. TRACEY | bwilloughby@ycst.com | SPECIAL COUNSEL | SENIOR COUNSEL |
| JANET Z. CHARLTON | | | JOHN D. MCLAUGHLIN, JR. | CURTIS J. CROWTHER |
| | | | KAREN L. PASCALE | |
| | | | SETH J. REIDENBERG | OF COUNSEL |
| | | | PATRICIA A. WIDDOSS | BRUCE M. STARGATT |
| | | | | STUART B. YOUNG |
| | | | | EDWARD B. MAXWELL, 2ND |

March 25, 2008

<u>VIA E-FILE CM/ECF</u>
The Honorable Sue L. Robinson
United States District Court
844 North King Street
Lock Box 31
Wilmington, DE 19801

          Re:       Termonia v. Brandywine School District
                  <u>C.A. No. 06-294 (SLR)</u>

Dear Judge Robinson:

      Enclosed please find a proposed Stipulation and Order amending the dates for discovery and case dispositive motions in the above matter. In support of their request, the parties represent that several witnesses whose depositions are required have left employment with the Defendant, and in some cases, have retired and moved outside the jurisdiction of the State of Delaware.

      Accordingly, the parties respectfully request that the proposed Stipulation and Order be approved.

                                          Respectfully,

                                          /s/ *Barry M. Willoughby*
                                          Barry M. Willoughby (ID No. 1016)

BMW:mmcmi
Enclosure
cc: Clerk, U.S. District Court