IN THE UNITED STATES DISCTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORINE TERMONIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.: 06-294 (SLR) |
| v. | ) | |
| | ) | |
| BRANDYWINE SCHOOL DISTRICT, | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED REVISED SCHEDULING ORDER

IT IS HEREBY STIPULATED, by and between the parties in the above-captioned matter, subject to the approval of the Court that the Scheduling Order in the above-captioned will be reset as follows:

| | |
|---|---|
| Discovery Cut Off | October 31, 2008 |
| Dispositive Motions | November 28, 2008 |
| Pretrial Conference | To be determined by the Court |
| Trial | To be determined by the Court |

This request is jointly made due to the parties due witnesses' moves to out of state residences and time limitations placed on Plaintiff's counsel, due to his personal medical condition.

Pursuit to Local Rule 16.4, both parties certify they have sent a copy of this request to their respective clients. This is the final request by the parties to revise the scheduling order in this matter.

| ABER, GOLDLUST, BAKER & OVER | YOUNG, CONAWAY STARGATT & TAYLOR |
|---|---|
| /s/ Gary W. Aber | /s/ Barry M. Willoughby |
| Gary W. Aber | Barry M. Willoughby |
| 702 King Street, Suite 600 | 1000 West Street, 17th Floor |
| P.O. Box 1675 | P.O. Box 391 |
| Wilmington, DE  19899 | Wilmington, DE  19899 |
| (302) 472-4900 | (302) 571-6673 |
| Attorney for Plaintiff | Attorney for Defendant |

SO ORDERED, this _____ day of _____, 2008

_____
The Honorable Sue L. Robinson