IN THE UNITED STATES DISCTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORINE TERMONIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No.: 06-294(SLR) |
| v. | ) |
| | ) |
| BRANDYWINE SCHOOL DISTRICT, | ) TRIAL BY JURY DEMANDED |
| | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

TO:   Barry M. Willoughby, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899


PLEASE TAKE NOTICE, that Plaintiff's Second Request for Production of Documents Directed to Defendant was hand delivered to the following on July 24, 2008:

Barry M. Willoughby, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899


ABER, GOLDLUST, BAKER & OVER

 /s/ Gary W. Aber
GARY W. ABER (DSB #754)
First Federal Plaza, Suite 600
702 King Street, P.O. Box 1675
Wilmington, DE  19899
302-472-4900
Attorney for Plaintiff

DATED: July 24, 2008

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the attached pleading was electronically filed via Pacer on July 24, 2008.

                                              /s/ Melissa A. Chionchio
                                       Melissa A. Chionchio
                                       Secretary to Gary W. Aber, Esquire