IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORINE TERMONIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.: 06-294 (SLR) |
| v. | ) | |
| | ) | |
| BRANDYWINE SCHOOL DISTRICT, | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

I, Barry M. Willoughby, Esquire, hereby certify that on August 15, 2008, I caused a copy of Defendant's Responses to Plaintiff's Second Request for Production of Documents to be served upon the following counsel of record:

**VIA HAND DELIVERY**
Gary W. Aber, Esquire
Aber Goldlust, Baker & Over
702 King Street, Suite 600
Wilmington, DE 19899

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/Barry M.Willoughby
Barry M. Willoughby, Esquire (No. 1016)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666
Facsimile: (302) 576-3345
Email: bwilloughby@ycst.com
Attorneys for Defendant

Dated: August 15, 2008