IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORINE TERMONIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-294 SLR |
| | ) |
| BRANDYWINE SCHOOL DISTRICT, | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendant. | ) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to D. Del. LR 83.7, PLEASE TAKE NOTICE that Monté T. Squire, Esquire, of the law firm of Young Conaway Stargatt & Taylor, LLP, 1000 West Street, The Brandywine Building, Wilmington, Delaware, 19801 hereby withdraws his appearance on behalf of Defendant. Defendant continues to be represented by the law firm of Young Conaway Stargatt & Taylor, LLP.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/
Barry M. Willoughby, Esquire (No. 1016)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6000
Email: bwilloughby@ycst.com
*Attorney for Defendant*

Dated: September 4, 2008

## CERTIFICATE OF SERVICE

I, Barry M. Willoughby, Esquire, hereby certify that on September 4, 2008, I electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Gary W. Aber, Esquire
>ABER, GOLDLUST, BAKER & OVER
>702 King Street
>P.O. Box 1675
>Wilmington, DE 19899


>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>Barry M. Willoughby, Esquire (No. 1016)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, Delaware  19899-0391
>(302) 571-6666
>Email:  bwilloughby@ycst.com

>*Attorney for Defendant*

Dated:  September 4, 2008